Appeal No. 24-7180

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GREGORY B. MYERS,

Appellant

BARBARA ANN KELLY,

Appellee

v.

NAPLES GOLF AND BEACH CLUB, INC.,
A FLORIDA CORPORATION, ET AL.,

Appellees

District Court Docket No: 1:24-cv-03127-ACR

## SUGGESTION OF BANKRUPTCY

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

March 7, 2025

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR - 7 2025

RECEIVED

Gregory B. Myers ("Mr. Myers") hereby files this SUGGESTION OF BANKRUPTCY suggesting to the Court that all further proceedings in the above-captioned case be stayed, and in support, states as follows:

1. On February 26, 2025 (the "Petition Date"), Gregory Brian Myers filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia (Washington, D.C.), said petition being docketed as Bankruptcy Petition #: 25-00069-ELG (the "Myers Bankruptcy Petition" or "Myers Bankruptcy Case"). The Myers Bankruptcy Petition constitutes an order for relief pursuant to the provisions of the Bankruptcy Code and the Myers Bankruptcy Case has not been dismissed.

2. The property and claims upon which the above-captioned case is premised (or judgment if obtained) have been or will be duly scheduled in the Myers Bankruptcy Case.

3. The above-captioned case was filed prior to the Petition Date in the Myers Bankruptcy Case and the claims asserted in the above-captioned case may be asserted in the Myers Bankruptcy Case.

4. Pursuant to 11 U.S.C. § 362, the filing of the Myers Bankruptcy Petition acts as an automatic stay as follows:

> (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title operates as a stay, applicable to all entities, of

(1) the commencement or continuation, including the issuance of employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

**WHEREFORE**, it is respectfully suggested that this Court, in accordance with the provisions of the Bankruptcy Code, enter an order staying all further proceedings in the above-captioned case until such time as the automatic stay imposed by 11 U.S.C. § 362 in the Myers Bankruptcy Case is dissolved.

**RESPECTFULLY SUBMITTED** on this 7th day of March 2025.

                                                           _____
                                                           Gregory B. Myers
                                                           700 Gulf Shore Blvd. N.
                                                           Naples, Florida 34102
                                                           (301) 325-2312
                                                           *gregbmyers@verizon.net*

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing xxx complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because it contains 694 words as measured by the word processing software used to prepare it.

I HEREBY CERTIFY that the foregoing xxx complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) as this response has been prepared in the proportionally spaced typeface of Times New Roman in 14-point font size.

                                                           _____
                                                           Gregory B. Myers

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of March 2025, the foregoing was filed with the Clerk of the Court and served on all parties requesting notice.

_____
Gregory B. Myers