# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-7180**  September Term, 2024

1:24-cv-03127-ACR

Filed On: June 2, 2025

Gregory B. Myers,

    Appellant

Barbara Ann Kelly,

    Appellee

    v.

Naples Golf and Beach Club, Inc., A Florida Corporation, et al.,

    Appellees

**BEFORE:** Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the court's order filed on February 5, 2025, granting in part appellees' motion for sanctions; appellees' accountings of costs and attorneys' fees; and the suggestion of bankruptcy, it is

**ORDERED** that the suggestion of stay in light of the bankruptcy filing be denied. This case was not brought "against the debtor," nor does it concern property of the debtor or his bankruptcy estate. See 11 U.S.C. § 362(a). Moreover, even if an automatic stay at one point applied (which it did not), the stay is no longer in effect. See 11 U.S.C. § 362(c)(2). It is

**FURTHER ORDERED** that appellant pay directly to appellee Naples Golf and Beach Club, Inc., within 30 days of the date of this order, the attorneys' fees incurred by appellee in this appeal in the amount of $1,932.50. See D.C. Cir. Rule 38. The additional amounts requested by appellee Naples Golf and Beach Club, Inc. are not allowable costs under D.C. Circuit Rule 39(a). Appellant is directed to pay directly to the remaining appellees, within 30 days of the date of this order, the attorneys' fees incurred by those appellees in this appeal in the amount of $5,148.00. See D.C. Cir. Rule 38. Appellant's failure to submit to this court proof that the monetary sanctions have been paid may result in appellant being enjoined from filing any civil appeals or

original actions in this court until the sanctions have been paid.

       The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

             BY:     /s/
                          Selena R. Gancasz
                          Deputy Clerk