No. 24-7180

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

GREGORY B. MYERS,

Plaintiff –Appellant,

v.

NAPLES GOLF AND BEACH CLUB, INC., a Florida Corporation, NAPLES PROPERTY HOLDING COMPANY, LLC, a Delaware limited liability company, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, a Delaware limited liability company, as Trustee under the Land Trust Agreement dated as of May 27, 2021, NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC, a Delaware limited liability company, as Trustee under the Land Trust Agreement dated as of May 27, 2021, and NBC CLUB OWNER, LLC, a Delaware limited liability company,

Defendants-Appellees

On Appeal from United States District Court
for the District of Columbia
No. 1:24-cv-03127

## NOTICE OF APPELLANT'S NON-COMPLIANCE

**STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.**
Glenn Burhans, Jr.
Florida Bar No. 605867
Christopher R. Clark
Florida Bar No. 1002388
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (850) 329-4850
Primary: gburhans@stearnsweaver.com
crclark@stearnsweaver.com
Secondary: cacosta@stearnsweaver.com
*Attorneys for Appellees*

On June 2, 2025, this Court entered its Order sanctioning Appellant, Gregory B. Myers, and requiring him to directly pay the NBC Entities' Counsel $5,148.00 pursuant to D.C. Circuit Rule 38. *See* Doc. #2118559. Appellant was given thirty (30) days to do so. *Id.* As of today, July 8, 2025 Appellant has failed to pay the $5,148.00. Per the Court's Order:

> Appellant's failure to submit to this court proof that the monetary sanctions have been paid may result in appellant being enjoined from filing any civil appeals or original actions in this court until the sanctions have been paid.
>
> *See* Doc. #2118559 at p. 2.

Having failed to pay the $5,148.00, Appellees request the Court implement the aforementioned sanctions.

Respectfully submitted,

/s/ *Glenn Burhans, Jr.*
Glenn Burhans, Jr., Esq.
Florida Bar No. 605867
Christopher R. Clark, Esq.
Florida Bar No. 1002388
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
& SITTERSON, P.A.
106 East College Ave., Ste 700
Tallahassee, FL  32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
crclark@stearnsweaver.com

*Counsel for Appellees, Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, and NBC Club Owner, LLC*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27 (d)(2) as it contains 119 words. The Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) as this motion has been prepared in the proportionally spaced typeface of Times New Roman in 14-point font size.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of July 2025, the undersigned counsel electronically filed the foregoing through the CM/ECF serving all counsel and *pro se* parties of record and separately re-served via electronic mail to: *pro se* Gregory B. Myers (gregbmyers@verizon.net).

By: */s/ Glenn Burhans*
Glenn Burhans, Jr., Esq.