NO. 24-7180

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GREGORY B. MYERS

Plaintiff- Appellant,

v.

NAPLES GOLF AND BEACH CLUB, INC., et al.,

Defendants-Appellees

_____

On Appeal from United States District Court
for the District of Columbia
No. 1:24-cv-03127

## NOTICE OF APPELLANT'S NON-COMPLIANCE

GUNSTER, YOAKLEY & STEWART, P.A.
Jeffrey D. Fridkin, Esq.
DC Bar No.: 65789
5551 Ridgwood Drive, Ste. 501
Naples, FL 34108
jfridkin@gunster.com
Telephone: (239) 514-1000
*Attorney for Appellee Naples Golf and Beach Club, Inc.*

On June 2, 2025, this Court entered its Order sanctioning Appellant, Gregory B. Myers, and requiring him to pay directly to appellee Naples Golf and Beach Club, Inc., within 30 days from the date of the Order, the attorneys' fees incurred by appellee in this appeal in the amount of $1,932.50 (Doc. 2118559). Appellant's deadline was July 2, 2025. Appellant has failed to pay the $1,932.50. Per the Court's Order:

> Appellant's failure to submit to this court proof that the monetary sanctions have been paid may result in appellant being ejoined from filing any civil appeals or original actions in this court until the sanctions have been paid.

Respectfully, Appellee, Naples Golf and Beach Club, Inc., requests the Court implement the foregoing sanctions against Appellant, Gregory B. Myers.

Respectfully submitted,

GUNSTER, YOAKLEY & STEWART, P.A.

By: *s/ Jeffrey D. Fridkin*
Jeffrey D. Fridkin
DC Bar No. 65789
5551 Ridgwood Drive, Ste. 501
Naples, FL 34108
Telephone (239) 510-1000
jfridkin@gunster.com
lkinder@gunster.com
kricketts@gunster.com

*Attorney for Appellee Naples Golf and Beach Club, Inc.*

## CERTIFICATE OF COMPLIANCE

This notice complies with the type-volume limitations of Fed R. App. P. 27(d)(2) as the notice contains 353 words. The notice complies with the typeface requirements

of Fed.R. App. P. 32(a)(5) and the type style requirements of Fed.R. App. P. 32(a)(6) as this notice has been prepared in the proportionally spaced typeface of Times New Roman in 14-point font size.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July, 2025, the undersigned counsel electronically filed the foregoing through the CM/ECF serving all counsel and *pro se* parties of record.

*s/ Jeffrey D. Fridkin*
Jeffrey D. Fridkin
